PHILLIP A. TALBERT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
DEC 30 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE UNITED STATES' APPLICATION FOR A SEARCH WARRANT CONCERNING:<br><br>A SILVER 2004 DODGE CARAVAN, BEARING CA LICENSE PLATE NUMBER 7SDE909, REGISTERED TO MICHAEL ANTHONY VICOCHEA AT 1579 165TH AVE., APT. 10 IN SAN LEANDRO, CA 94578 | CASE NO. 2:16-SW-0507-EFB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 12/29/16

_____
Hon. Allison Claire
United States Magistrate Judge

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANT